UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMMY DAVIS MORGAN,<br><br>Plaintiff,<br><br>v.<br><br>SACRAMENTO COUNTY DEPARTMENT OF HEALTH SERVICE, et al.,<br><br>Defendants. | No.  2:19-cv-1600 CKD P<br><br><br>ORDER FOR PAYMENT OF INMATE FILING FEE |

To: FCI Victorville Medium I, Attention:  Inmate Trust Account, P.O. Box 5400, Adelanto, California 92301:

    Plaintiff, a federal prisoner proceeding in forma pauperis, is obligated to pay the statutory filing fee of $350.00 for this action.  Plaintiff is assessed an initial partial filing fee of 20 percent of the greater of (a) the average monthly deposits to plaintiff's trust account; or (b) the average monthly balance in plaintiff's account for the 6-month period immediately preceding the filing of this action. 28 U.S.C. § 1915(b)(1).  Upon payment of that initial partial filing fee, plaintiff will be obligated to make monthly payments in the amount of twenty percent of the preceding month's income credited to plaintiff's trust account.  The Warden or a designee is required to send to the Clerk of the Court the initial partial filing fee and thereafter payments from plaintiff's inmate trust account each time the amount in the account exceeds $10.00, until the statutory filing fee of $350.00 is paid in full. 28 U.S.C. § 1915(b)(2).

Good cause appearing therefore, IT IS HEREBY ORDERED that:

1. The Warden or a designee shall collect from plaintiff's inmate trust account an initial partial filing fee in accordance with the provisions of 28 U.S.C. § 1915(b)(1) as set forth in this order and shall forward the amount to the Clerk of the Court. The payment shall be clearly identified by the name and number assigned to this action.

2. Thereafter, the Warden or a designee shall collect from plaintiff's inmate trust account monthly payments in an amount equal to twenty percent (20%) of the preceding month's income credited to the inmate's trust account and forward payments to the Clerk of the Court each time the amount in the account exceeds $10.00 in accordance with 28 U.S.C. § 1915(b)(2), until the $350.00 filing fee for this action has been paid in full. The payments shall be clearly identified by the name and number assigned to this action.

3. The Clerk of the Court is directed to serve a copy of this order and a copy of plaintiff's signed in forma pauperis affidavit to FCI Victorville Medium I, Attention: Inmate Trust Account, P.O. Box 5400, Adelanto, California 92301.

4. The Clerk of the Court is directed to serve a copy of this order on the Financial Department of the court.

Dated: June 8, 2020

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

13:morg1600.cdc.fed

2