UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMMY DAVIS MORGAN, | No. 2:19-cv-1600 CKD P |
| Plaintiff, | |
| v. | ORDER |
| SACRAMENTO COUNTY DEPARTMENT OF HEALTH, et al., | |
| Defendants. | |

Plaintiff, a former county and current federal prisoner proceeding pro se, seeks relief pursuant to 42 U.S.C. § 1983. By order filed June 9, 2020, plaintiff's complaint was screened and he was given the option to proceed immediately on his Eighth Amendment claim against defendant Lord or to amend the complaint. (ECF No. 18.) Plaintiff has now notified the court that he would like to amend the complaint. (ECF No. 20.)

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff shall have thirty days from the service of this order to file an amended complaint as outlined in the June 9, 2020 screening order. If plaintiff fails to file an amended complaint, the case will proceed on the original complaint as screened and the undersigned will recommend dismissal without prejudice of all claims against defendants Obshire and Sacramento County Department of Health and the claims against defendant Lord for violations of the ADA and state tort law.

     2. The Clerk of the Court is directed to send plaintiff a copy of the prisoner complaint form used in this district.

Dated:  June 18, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

13:morg1600.amend