UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMMY DAVIS MORGAN, | No.  2:19-cv-1600 CKD P |
| Plaintiff, | |
| v. | ORDER |
| SACRAMENTO COUNTY DEPARTMENT OF HEALTH, et al., | |
| Defendants. | |

Plaintiff has filed a motion for leave to file an amended complaint.  (ECF No. 22.) However, plaintiff was already granted leave to file an amended complaint after he elected to amend the complaint rather than proceed on the original complaint as screened.  (ECF Nos. 20, 21.)

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for leave to amend (ECF No. 22) is denied as moot.

Dated:  June 22, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

13:morg1600.amend

1